Date:  07/07/11

Page: 1

# DIVIDENDS REMITTED TO THE COURT

Case Number 11-10162 - HOPKINS, JORDAN LEE

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **Norman Anesthesia Providers PC**<br>**P.O. Box 1543**<br>**Norman OK 73070-1543** | **000001** | **32.51** | **2.21** |
| | | **32.51** | **2.21** |

---------- Remittance Total --------------

SUSAN MANCHESTER, Trustee